**E-FILED**
Tuesday, 15 June, 2010  11:04:33 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| MARTIN ENGINEERING COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ASGCO MFG., INC. d/b/a | ) |
| ASGCO MANUFACTURING, INC. | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Martin Engineering Company, Plaintiff furnishes the following in compliance with CDIL-LR 11.3 of this Court:

1. Martin Engineering Company is the full name of the only party represented by Thompson Coburn LLP in this case.

2. (a)  Martin Engineering Company does not have a parent corporation.

   (b)  Martin Engineering Company is not a publicly held company.

3. Thompson Coburn LLP is the only law firm whose partners or associates are expected to appear for Martin Engineering Company in this case.

DATED:     June 15, 2010

                                        Respectfully submitted,

                                        THOMPSON COBURN

                                        s/David B. Jinkins
                                        Alan H. Norman
                                        David B. Jinkins
                                        Benjamin R. Askew
                                        Thompson Coburn LLP
                                        One US Bank Plaza
                                        St. Louis, Missouri 63101-1611
                                        Telephone:  314-552-6000

Facsimile:  314-552-7000
E-mail:  anorman@thompsoncoburn.com
E-mail:  djinkins@thompsoncoburn.com
E-mail:  baskew@thompsoncoburn.com

*Attorneys for the Plaintiff*
*Martin Engineering Company*